```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

— against —

RAUL MARTINEZ,

              Defendant.

**23-CR-0183 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby corrects and reschedules the status conference scheduled in this matter for 10:00 AM on Saturday, January 6, 2024, to 9:30 AM on Friday, January 5, 2024.

**SO ORDERED.**

Dated:    6 October 2023
            New York, New York

                                                  Victor Marrero
                                                  U.S.D.J.