

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 1, 2024

**BY E-MAIL AND ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/2/24__
```

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Raul Martinez*, 23 Cr. 183

Dear Judge Marrero:

The Government writes jointly with defense counsel to request a 60-day adjournment of the conference presently scheduled for January 5, 2024, at 10:00 a.m., in the above-captioned case. Parties are involved in discussions regarding a potential pre-trial resolution of the case. The requested adjournment would give the parties the time needed to continue those discussions.

The Government also requests that the time between today and the new conference date be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial. The proposed exclusion will provide the parties an opportunity to discuss a potential pretrial resolution of this case. The defense consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ M. Lynaugh
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448

---

**Request GRANTED.** The status conference in this matter currently scheduled for January 5, 2024, is hereby adjourned to March 8, 2024, at 10:30 a.m. Time until March 8, 2024, shall be excluded from speedy trial calculations. This order of exclusion is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).

**SO ORDERED.**
Dated: 2 Jan 2024

/s/ Victor Marrero
U.S.D.J.