```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/6/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        – against –

RAUL MARTINEZ,

        Defendant.

23 CR 0183 (VM)

ORDER

**VICTOR MARRERO**, United States District Judge.

    The Status Conference scheduled in this action for March 8, 2024, at 10:30 AM is hereby adjourned until April 12, 2024, at 2:00 PM. All parties to this action consent to an exclusion of time from the Speedy Trial Act until April 12, 2024.

    It is hereby ordered that time until April 12, 2024, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    March 6, 2024
            New York, New York

                                                    _____
                                                    Victor Marrero
                                                        U.S.D.J.