USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___09/19/24___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           – against –

RAUL MARTINEZ,

           Defendant.

23 Cr. 183 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The proceeding in this matter currently scheduled for September 20, 2024, is hereby adjourned to October 4, 2024, at 2:30 p.m.

Upon the consent of the parties, it is hereby ordered that time until October 4, 2024, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:     September 19, 2024
            New York, New York

_____
Victor Marrero
U.S.D.J.