```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

           - against -

RAUL MARTINEZ,

                       Defendant.

**23 Cr. 183(VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Status Conference in this matter is hereby adjourned *sine die* pending the resolution of outstanding plea proceedings.

**SO ORDERED.**

Dated:    October 31, 2024
           New York, New York

_____
Victor Marrero
U.S.D.J.