**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2024

UNITED STATES OF AMERICA

          - against -

RAUL MARTINEZ,

                  Defendant.

23 Cr. 0183(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

WHEREAS, with the consent of defendant RAUL MARTINEZ, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on October 28, 2024;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to this Court;

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea.

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for February 28, 2025 at 1:00 pm.

**SO ORDERED.**

Dated:    November 19, 2024
           New York, New York

_____
Victor Marrero
U.S.D.J.